UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

David C. Dreifuss, Esq. (#1180)
**Dreifuss Bonacci & Parker, PC**
26 Columbia Turnpike
North Entrance Suite 101
Florham Park, NJ 07932
973-514-1414
ddreifuss@dbplawfirm.com
*Attorneys for Plaintiff, Companion Property & Casualty*
*Insurance Company (a/k/a Sussex Insurance Company)*

| | |
|---|---|
| COMPANION PROPERTY & CASUALTY INSURANCE COMPANY (a/k/a SUSSEX INSURANCE COMPANY)<br><br>Plaintiff<br><br>v.<br><br>THOMAS PETRIZZO, EC COMMODITIES., CORP., AND ELSA CERRONE<br><br>Defendants. | Civil Action.no.<br><br>2:16-cv-02791-SJF-SIL<br><br>CIVIL ACTION<br><br>**PROPOSED ORDER OF DISMISSAL** |

**WHEREAS,** pursuant to Federal Rule of Civil Procedure 41(A)(2), the undersigned counsel submits that Plaintiff Companion Property & Casualty Insurance Company (a/k/a Sussex Insurance Company) ("Companion") has entered into a confidential Settlement Agreement with Thomas Petrizzo, one of the defendants in the above action, and that, in accordance therewith: (a) Defendant Thomas Petrizzo has complied with his obligations; and (b) once he complied, Companion agreed to dismiss the within suit with prejudice as against all of the defendants in this action and without costs;

**IT IS HEREBY ORDERED**:

1.  This action is dismissed with prejudice and without costs; and,

2.  All motions/applications/conferences pending before this Court are hereby deemed withdrawn or cancelled;

3.  This proposed order of dismissal will not have any effect upon and will not serve to dismiss any claims in a related action pending in another district as against other parties in the matter captioned <u>Companion Property & Casualty Insurance Company, (a/k/a Sussex Insurance Company) v. Keith Feuilly, et. al.</u> Civil Action No. 02-16-02608-ES-SCM currently pending in the District Court of New Jersey; and,

4.  A copy of this order shall be circulated to all parties within seven (7) days of receipt of this Order.

Date: August 16, 2016

By: <u>s/David C. Dreifuss</u>
    David C. Dreifuss, Esq.
    **Dreifuss Bonacci & Parker, PC**
    26 Columbia Turnpike
    North Entrance Suite 101
    Florham Park, NJ 07932
    *Attorney for Plaintiff Companion*
    *Property & Casualty Insurance Company*
    *(a/k/a Sussex Insurance Company)*

SO ORDERED:

_____
                U.S.M.J

Date: